# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KASHMIR S. YOUNG,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 24-CV-2315** |
| | : | |
| **U.S. BANK NATIONAL** | : | |
| **ASSOCIATION,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 10th day of June, 2024, upon consideration of Plaintiff Kashmir S. Young's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.